Ryan W. Vollans, Esq.
Williams Kastner
601 Union Street, Suite 4100
Seattle, WA 98101
Tel:   206.628.2781
rvollans@williamskastner.com

Attorney for Radius Global Solutions, LLC

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KATHLEEN E. COFFEY,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>CITIBANK, N.A., A NATIONAL BANKING ASSOCIATION, DEPARTMENT STORES NATIONAL BANK, A NATIONAL BANKING ASSOCIATION, MACY'S, INC., A FOREIGN CORPORATION, RADIUS GLOBAL SOLUTIONS, LLC, A FOREIGN LIMITED LIABILITY COMPANY, AND JOHN DOES 1-10;<br><br>　　　　　Defendants. | Case No.: 2:23-cv-1413<br><br>NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)<br>[FEDERAL QUESTION] |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE THAT Defendant, Radius Global Solutions, LLC ("RGS") hereby removes to this Court the state court action described below.

Notice of Removal of Action

1

1. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. § 1441(a) in that it arises under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq*.

2. On or about August 21, 2023 the action was commenced in the Superior Court of the State of Washington in and for the County of King, State of Washington, entitled, *Kathleen E. Coffey v. Citibank N.A., Department Stores National Bank, Macy's Inc., Radius Global Solutions, LLC and John Does 1-10*, Case No. 23-2-13452-4-SEA (the "State Court Action"). A copy of the Plaintiff's Summons and Complaint ("Complaint") is attached hereto as Exhibit A.

3. The date upon which RGS first received a copy of the said Complaint was August 21, 2023, when RGS was served with a copy of the Complaint. Thus, pursuant to 28 U.S.C. § 1446(b), RGS has timely filed this Notice of Removal.

4. A copy of this Notice of Removal (Exhibit B) is being served upon Plaintiff and will be filed in the State Court Action.

5. The State Court Action is located within the Western District of Washington. Therefore, venue for purposes of removal is proper because the United States District Court for the Western District of Washington embraces the place in which the removed action was pending. 28 U.S.C. § 1441(a).

6.        As of the date of this filing, upon information and belief, no other defendants in this action have been properly joined and served.

6.        Removal of the State Court Action is therefore proper under 28 U.S.C. §§ 1441 and 1446.

Dated:  9/11/23

*s/ Ryan W. Vollans, WSBA #45302*
Attorney for Radius Global Solutions