UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATHLEEN E. COFFEY,<br><br>  Plaintiff,<br><br>  v.<br><br>CITIBANK, N.A., A NATIONAL BANKING ASSOCIATION, DEPARTMENT STORES NATIONAL BANK, A NATIONAL BANKING ASSOCIATION, MACY'S, INC., A FOREIGN CORPORATION, RADIUS GLOBAL SOLUTIONS, LLC, A FOREIGN LIMITED LIABILITY COMPANY, AND JOHN DOES 1-10,<br><br>  Defendants. | Case No. 2:23-cv-01413-BJR<br><br>**ORDER GRANTING STIPULATED MOTION FOR RELIEF FROM DEADLINE** |

THIS MATTER having come on Plaintiff Kathleen E. Coffey and Defendants Citibank, N.A., Department Stores National Bank, and Macy's Inc. Stipulated Motion for Relief from Deadline, the Court having examined the files and records, and having considered oral argument, if any, it is HEREBY

ORDERED that the Stipulated Motion for Relief from Deadline is granted.

The deadline to respond to Defendants Citibank, N.A., Department Stores National Bank, and Macy's Inc.'s Motion to Compel Arbitration and Stay Proceedings [ECF 16] is hereby

extended to November 22, 2023.

The deadline to file a reply in support of Defendants Citibank, N.A., Department Stores National Bank, and Macy's Inc.'s Motion to Compel Arbitration and Stay Proceedings [ECF 16] is hereby extended to December 6, 2023.

DATED: November 1, 2023.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

Agreed as to form by:

BORIS DAVIDOVSKIY, P.S.

By: /s/ Boris Davidovskiy
    Boris Davidovskiy, WSBA #50593
    boris@davidovskiylaw.com
    *Attorney for Plaintiff*

Presented by:

TOMASI BRAGAR DUBAY

By: /s/ Eleanor A. DuBay
    Eleanor A. DuBay, WSBA #45828
    edubay@tomasilegal.com
    *Attorneys for Defendants Citibank, N.A., Department Stores National Bank, and Macy's*