UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KATHLEEN E. COFFEY,

    Plaintiff,

    v.

CITIBANK, N.A., A NATIONAL BANKING ASSOCIATION, DEPARTMENT STORES NATIONAL BANK, A NATIONAL BANKING ASSOCIATION, MACY'S, INC., A FOREIGN CORPORATION, RADIUS GLOBAL SOLUTIONS, LLC, A FOREIGN LIMITED LIABILITY COMPANY, AND JOHN DOES 1-10,

    Defendants.

Case No. 2:23-cv-01413-BJR

**ORDER GRANTING STIPULATED MOTION FOR RELIEF FROM DEADLINE**

THIS MATTER having come on Plaintiff Kathleen E. Coffey and Defendants Citibank, N.A., Department Stores National Bank, and Macy's Inc.'s second Stipulated Motion for Relief from Deadline, the Court having examined the files and records and being fully informed, it is hereby

ORDERED that the Stipulated Motion for Relief from Deadline is granted. The deadline to respond to Defendants Citibank, N.A., Department Stores National Bank, and Macy's Inc.'s Motion to Compel Arbitration and Stay Proceedings [ECF 16] is hereby extended to January 16,

*PROPOSED* ORDER GRANTING STIPULATED MOTION FOR RELIEF FROM DEADLINE - Page 1 (Case No. 2:23-cv-01413-BJR)
CITI-L30\00749341.000

*TOMASI BRAGAR DUBAY*
Attorneys at Law
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

2024. The deadline to file a reply in support of Defendants Citibank, N.A., Department Stores National Bank, and Macy's Inc.'s Motion to Compel Arbitration and Stay Proceedings [ECF 16] is hereby extended to January 30, 2024.

DATED: November 17, 2023.

*[signature]*

Barbara Jacobs Rothstein
U.S. District Court Judge

Agreed as to form by:

BORIS DAVIDOVSKIY, P.C.

By: /s/ Boris Davidovskiy
    Boris Davidovskiy, WSBA #50593
    boris@davidovskiylaw.com
    *Attorney for Plaintiff*

Presented by:

TOMASI BRAGAR DUBAY

By: /s/ Eleanor A. DuBay
    Eleanor A. DuBay, WSBA #45828
    edubay@tomasilegal.com
    *Attorneys for Defendants Citibank, N.A., Department Stores National Bank, and Macy's Inc.*

PROPOSED ORDER GRANTING STIPULATED MOTION FOR RELIEF FROM DEADLINE - Page 2 (Case No. 2:23-cv-01413-BJR)
CITI-L30\00749341.000

*TOMASI BRAGAR DUBAY*
Attorneys at Law
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

# CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2023, I electronically transmitted the attached ***PROPOSED* ORDER GRANTING STIPULATED MOTION FOR RELIEF FROM DEADLINE** to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Boris Davidovskiy
Boris Davidovskiy, P.C.
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
boris@davidovskiylaw.com
*Attorney for Plaintiff*

Brian D. Roth (Pro Hac Vice)
Sessions Israel & Shartle LLC
3838 N. Causeway Blvd, Suite 2800
Metairie, LA 70002
broth@sessions.legal
*Attorney for Defendant Radius Global Solutions LLC*

Ryan W. Vollans
Williams Kastner and Gibbs
Two Union Square
601 Union St., Suite 4100
Seattle, WA 98101
rvollans@williamskastner.com
*Attorney for Defendant Radius Global Solutions LLC*

DATED this 16th day of November, 2023.

TOMASI BRAGAR DUBAY

By: /s/ Eleanor A. DuBay
Eleanor A. DuBay, WSBA #45828
121 SW Morrison St, Suite 1850
Portland, OR 97204
(503) 894-9900
edubay@tomasilegal.com
*Attorneys for Defendants Citibank, N.A., Department Stores National Bank, and Macy's Inc.*

CERTIFICATE OF SERVICE – Page 1 (Case No. 2:23-cv-01413-BJR)
CITI-L30\00749341.000

*TOMASI BRAGAR DUBAY*
Attorneys at Law
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236