UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATHLEEN E. COFFEY,<br><br>                    Plaintiff,<br><br>vs.<br><br>CITIBANK N.A., a National Banking Association; DEPARTMENT STORES NATIONAL BANK, a National Banking Association; MACY's, Inc., a Foreign Corporation; RADIUS GLOBAL SOLUTIONS LLC, a Foreign Limited Liability Company; and<br><br>JOHN DOES 1-10,<br><br>                    Defendants. | No. 2:23-cv-1413<br><br>STIPULATED MOTION AND (PROPOSED) ORDER FOR DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AS TO DEFENDANT RADIUS GLOBAL SOLUTIONS LLC |

**STIPULATION**

Plaintiff Kathleen E. Coffey and Defendant Radius Global Solutions LLC, by and through their undersigned counsel, hereby stipulate that all the remaining claims and causes of action in this matter have been settled and shall be dismissed with prejudice, with each party bearing their own attorney's fees, costs, and expenses.

STIPULATED MOTION AND ORDER FOR DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AS TO DEFENDANT RADIUS GLOBAL SOLUTIONS LLC - 1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
P: (206) 628-6600 • F: (206) 628-6611

4856-8231-3672.1

DATED this 17th day of June, 2024

By: */s/ Ryan W. Vollans*
Ryan W. Vollans, WSBA No. 45302
WILLIAMS KASTNER
601 Union Street, Suite 4100
Seatle, WA 98101
Phone: 206-628-2781
Email: rvollans@williamskastner.com
Counsel for Defendant Radius Global
   Solutions LLC

By: */s/ Boris Davidovskiy*
Boris Davidovskiy, WSBA No. 50593
BORIS DAVIDOVSKIY, P.C.
6100 219th Street SW, Suite 2050
Mountlake Terrace, WA 98043
Phone: 425-582-5200
Email: boris@davidovskiylaw.com
Counsel for Plaintiff

## **ORDER OF DISMISSAL**

Based on the above Stipulation, IT IS ORDERED as follows:

1. All of the remaining claims and causes of action in this matter shall be dismissed with prejudice; and

2. Each party shall bear its own attorney's fees, costs, and expenses.

DATED this ____ day of _____, 2024.

_____
HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER FOR DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AS TO DEFENDANT RADIUS GLOBAL SOLUTIONS LLC - 2

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
P: (206) 628-6600 • F: (206) 628-6611

4856-8231-3672.1