1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KATHLEEN E. COFFEY,

                  Plaintiff,

          vs.

CITIBANK N.A., a National Banking
Association; DEPARTMENT STORES
NATIONAL BANK, a National Banking
Association; MACY's, Inc., a Foreign
Corporation; RADIUS GLOBAL SOLUTIONS
LLC, a Foreign Limited Liability Company; and

JOHN DOES 1-10,

                  Defendants.

No. 2:23-cv-1413

STIPULATED MOTION AND
ORDER FOR DISMISSAL WITH
PREJUDICE AND WITHOUT
COSTS AS TO DEFENDANT
RADIUS GLOBAL SOLUTIONS
LLC

**STIPULATION**

Plaintiff Kathleen E. Coffey and Defendant Radius Global Solutions LLC, by and through their undersigned counsel, hereby stipulate that all the remaining claims and causes of action in this matter have been settled and shall be dismissed with prejudice, with each party bearing their own attorney's fees, costs, and expenses.

STIPULATED MOTION AND ORDER FOR
DISMISSAL WITH PREJUDICE AND WITHOUT
COSTS AS TO DEFENDANT RADIUS GLOBAL
SOLUTIONS LLC - 1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
P: (206) 628-6600 • F: (206) 628-6611

4856-8231-3672.1

DATED this 17th day of June, 2024

By: */s/ Ryan W. Vollans*
    Ryan W. Vollans, WSBA No. 45302
    WILLIAMS KASTNER
    601 Union Street, Suite 4100
    Seatle, WA 98101
    Phone: 206-628-2781
    Email: rvollans@williamskastner.com
    Counsel for Defendant Radius Global
        Solutions LLC


By: */s/ Boris Davidovskiy*
    Boris Davidovskiy, WSBA No. 50593
    BORIS DAVIDOVSKIY, P.C.
    6100 219th Street SW, Suite 2050
    Mountlake Terrace, WA 98043
    Phone: 425-582-5200
    Email: boris@davidovskiylaw.com
    Counsel for Plaintiff


## ORDER OF DISMISSAL

Based on the above Stipulation, IT IS ORDERED as follows:

1.      All of the remaining claims and causes of action in this matter shall be dismissed with prejudice; and

2.      Each party shall bear its own attorney's fees, costs, and expenses.


DATED this 17th day of June, 2024


Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATED MOTION AND ORDER FOR
DISMISSAL WITH PREJUDICE AND WITHOUT
COSTS AS TO DEFENDANT RADIUS GLOBAL
SOLUTIONS LLC - 2

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
P: (206) 628-6600 • F: (206) 628-6611

4856-8231-3672.1